

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 11, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **Re:** *United States v. Alvino Fountain*, **21 Mag. 1435**

Dear Judge Krause:

The complaint in the above-referenced case was originally filed under seal. On February 8, 2021, the defendant was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/ Derek Wikstrom
Derek Wikstrom
Assistant United States Attorney
Tel:  (914) 993-1946

SO ORDERED:

HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
February 11, 2021