UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,

-against-

ALVINO FOUNTAIN,

                         Defendant.
------------------------------------------------------------X

**MEMORANDUM**

21 Cr. 421 (VB)

TO: Vincent L. Briccetti, United States District Judge:

      Please find attached a transcript of the November 9, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: December 7, 2021
       White Plains, New York

                                            Respectfully Submitted,

                                            *[signature]*
                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge