# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/22

January 26, 2022

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Alvino Fountain*
21 Cr. 421 (VB)

Dear Judge Briccetti:

This is an application to adjourn the sentencing proceedings for approximately two or three weeks. The sentencing is currently set for February 11, 2022. Sara Willette, the probation officer assigned to prepare the PSR, says that her due date for the final report is January 31, 2022. According to the Court's sentencing schedule, my sentencing memorandum is due on January 28, 2022. (Dkt. 35) Please note that I will be out-of-state February 23-26, 2022.

The defense timely objected to some findings in the Draft PSR on January 6, 2022. It would make sense for my sentencing memorandum to refer to the cited paragraphs of the Final, not the Draft, PSR.

Mr. Fountain, who is detained, will not be prejudiced by the delay as –no matter which sentencing range the Court selects– he is facing a substantial term of imprisonment.

The government consents to the requested adjournment.

Very truly yours,

/s/ Richard D. Willstatter
RICHARD D. WILLSTATTER

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 1/26/22
White Plains, NY

Sentencing is re-scheduled to 3/10/2022 at 11:00 a.m. Defendant's submission due 2/22/22. Government's submission due 3/1/22.